UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Loyd Ivey,

        Plaintiff,                      Civil No. 05-2666 (RHK/AJB)

vs.                                    **DISQUALIFICATION AND**
                                           **ORDER FOR REASSIGNMENT**

Kevin Goodno, individually and
in his official capacity as Minnesota
Commissioner of Human Services, Dean
Mooney, individually and in his official
capacity as Director of the Minnesota Sex
Offender Program,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 22, 2005,

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge

Dockets.Justia.com